**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| LONTEX CORPORATION d/b/a SWEAT IT OUT®,<br><br>              Plaintiff,<br><br>v.<br><br>VIRUS INTERNATIONAL,<br><br>              Defendant. | Case No.  8:22-cv-02206-DOC-ADS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE PURSUANT STIPULATION [32]**<br><br>Assigned to:     Hon. David O. Carter<br>Ctrm:              10A |

IT IS HEREBY ORDERED:

THAT pursuant to the parties' June 15, 2023 Stipulation to Dismiss the complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a), the complaint against Defendant VIRUS INTERNATIONAL is dismissed without prejudice;

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

The Court hereby orders all proceedings in the case vacated and taken off calendar.

//

1          SO ORDERED THIS 15th day of June, 2023.

2

3    Dated:       June 15, 2023

                                                                      _____

4                                                                       DAVID O. CARTER<br>                                                                   UNITED STATES DISTRICT JUDGE